# United States Court of Appeals
# for the Federal Circuit

---

April 26, 2021

**ERRATA**

---

Appeal No. 2020-1167

**MOJAVE DESERT HOLDINGS, LLC,**
*Appellant*

v.

**CROCS, INC.,**
*Appellee*

Decided:  February 18, 2021
Non-Precedential Opinion

---

Please make the following change to the Opinion:

On page 2 replace footnote 1 with "On April 21, 2021, we granted Mojave's motion to substitute for U.S.A. Dawgs, Inc. ('Dawgs').  *See* Order at 2, *Mojave Desert Holdings, LLC v. Crocs, Inc.*, No. 2020-1167 (Fed. Cir. Apr. 21, 2021), ECF No. 75.  Judge O'Malley dissented.  *Id.*"